## RECOMMENDATION TERMINATING
## PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
                             )
                      **vs.** )     **Docket Number:  2:06CR00203-01**
                             )
**Lori Lynn MORLEY**          )
                             )

## LEGAL HISTORY:

On September 26, 2006,  the above-named was sentenced to 36 months Probation, which commenced on September 26, 2006.  Special conditions included: Financial disclosure; Not incur new debts or open additional lines of credit without the approval of the probation officer; Participate in mental health treatment as directed by the probation officer; Pay $1,942.32 in restitution; Pay a $500 fine; and Pay a $25 special assessment.

## SUMMARY OF COMPLIANCE:

Ms. Morley has complied with all conditions and special conditions of Probation, and she has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. Morley has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

RE:    **Lori Lynn MORLEY**
       **Docket Number:   2:06CR00203-01**
       **RECOMMENDATION TERMINATING**
       **PROBATION  PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:        July 10, 2008
              Elk Grove, California
              RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

cc:    AUSA - Misdemeanor Unit (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:06CR00203-01** |
| | ) | |
| **Lori Lynn MORLEY** | ) | |
| _____ | ) | |

On September 26, 2006, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,


/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:         July 10, 2008
                  Elk Grove, California
                  RWE/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

RE:    **Lori Lynn MORLEY**
       **Docket Number:   2:06CR00203-01**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

08/05/08                                          /s/ Gregory G. Hollows

_____                  _____

**Date**                                          **Gregory G. Hollows**
                                                  **United States Magistrate Judge**

morley.ord

RWE/cj

Attachment:    Recommendation

cc:    United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG